Michael Idrogo, Public Servant, State of Texas,       (
Plaintiff/Relator,                                    (
                                                      (
v.                                                    (        Dist. Court Case No. 2010-CI-12389
                                                      (
John D. Gabriel, Jr., et alia (in official and        (        Jury Trial Demand; demand for immediate
individual capacities), and others yet to be          (        suspension of county personnel
named, Defendants/Respondents,                        (        pending trial

## PETITION FOR WRIT OF MANDAMUS

Michael Idrogo, Public Servant, State of Texas, Plaintiff/Relator filed this Petition For Writ Of Mandaums and complains:

1. On Friday 18 December 2014, Judge Nellermoe acknowledged the other parties had not appeared at a hearing for dismissal; Idrogo filed a motion for default judgment – which has yet to be ruled in favor of Idrogo since the other parties did not appear at the hearing.

2. TRCP requires one of the other parties to file a motion for dismissal; none of the other parties filed a motion for dismissal.

3. At the 18 December 2014 hearing; a staff attorney met with Idrogo and Idrogo stated he was ready for pre-trial conference and had so filed a motion prior to the 18th of December 2014. At the next hearing Idrogo pointed out the outstanding Motion For Default Judgment and Idrogo's filing declaring ready for pre-trial conference; both of which were ignored by the same staff attorney, a Black man, who never gave his name; Idrogo complains of Deprivation of Civil Rights; Violation of Equal Rights; Violation of Due Process; Discrimination on the Basis of Race; (felony) Retaliation; Official Oppression; Abuse of Office; 18USC242; 18USC241; 42USC1983; 42USC1981; RICO; etc.

4. Idrogo has long been ready to prosecute the case in the District Court and has on the record declared ready for pre-trial conference; as a matter of law and fact, this case must be remanded with instructions for a jury trial, etc. The lower courts have purposely ignored Idrogo motions and fact and have fabricated a charade that includes violation of Constitutional Right to Represent Oneself in a court, violation of Constitutional Right of Access to a Court, fraud, extortion, etc. An order has been issued by a court that is not even involved in the case while no hearing has been had in that court by any party in this case – a fraud of (and complain unconstitutional) absentia court proceeding; complain Gabriel/et alia act in ultra vires and/or with ulterior intent and unconstitutional and deprivation of constitutional/civil rights; discrimination; fraud; abuse of office; retaliation; cover-up of corruption; 18USC242; 18USC241; 42USC1983; 42USC1981; RICO; etc.

5. Jurisdiction is proper. Idrogo complains of apparent cover up; (Evans did reveal heinous acts pertaining to local government personnel, minor children, sexual activities, RICO, etc.; other criminal activities surrounding the courthouse; etc.); remedy of which if cannot be obtained in the Bexar courthouse will be presented to other authorities for necessary criminal prosecution of all involved and/or covering up [and/or including 18USC241, 18USC242, 42USC1983, 42USC1981, Federal RICO, etc.].

6. While there is Adequate Remedy At Law; there is Clear Abuse (in self-evident cover ups; stalling; etc.) Evans need be immediately arrested for False Report to the Police; demand immediate suspension of county personnel pending trial; demand at least 5 million dollars ($5,000,000) to be immediately paid to Idrogo as penalty for delay(s)/scheme(s)/etc. By Gabriel, et alia.

7. Demand other immediate and further relief as necessary and/or requested by Idrogo and demand the lower court(s) be ordered to proceed with the district court case (or in the alternative, grant a summary judgment in favor of Idrogo's demand(s)).

## PREGO ORATIO'NEM (PRAYER)

To protect Plaintiff/Relator's right from injustice in trial proceedings when there is no adequate remedy available by appeal after a final judgment; Plaintiff/Relator, in the interest of justice and as a matter of law, prays for granting of Mandamus in Plaintiff/Relator's favor and that Plaintiff/Relator have such other and further relief to which Plaintiff/Relator may show justly entitled.

Declared to the best of my belief, pursuant 1st/14th Amend.,Bill of Rights, U.S. Const., TX Const., laws enforcing, without prejudice U.C.C. Filed on this date by mailbox.

_____ FRI 7 JULY 2015

Michael Idrogo, Plaintiff/Relator, deputized Federal Court 1989, Public Servant, State of Texas (candidate for Federal office);
Navy commander veteran of foreign wars
317 West Rosewood Avenue
San Antonio, Texas 78212
        copy: Attorney General of the United States, Federal authorities, State authorities
                        – AFFIRMATION –

STATE OF TEXAS, COUNTY OF BEXAR
I, petitioner, Michael Idrogo, do declared and affirm the above is correct to the best of my observation, recollection, & belief. Declared to the best of my belief, pursuant 1st/14th Amend., Bill of Rights, U.S.Const., TX Const., & laws enforcing, without prejudice U.C.C.

FRI 7 JULY 2015        _____
Date                    Michael Idrogo, Plaintiff/Relator, Public Servant, State of Texas, (candidate for Federal office)

STATE OF TEXAS
4th COURT OF APPEALS
COUTY OF BEXAR

Michael Idrogo, Public Servant, State of Texas,　　(
Plaintiff/Relator,　　(
　　(
v.　　(　　　　Dist. Court Case No. **2010-CI-12389**
　　(
John D. Gabriel, Jr., et alia (in official and　　(　　　Jury Trial Demand;　demand for immediate
individual capacities), and others yet to be　　(　　　suspension of county personnel
named, Defendants/Respondents,　　(　　　pending trial

## MOTION TO PROCEED IN FORMA PAUPERIS

In the interest of justice, Michael Idrogo, Public Servant candidate, State of Texas, Movant/Plaintiff/Relator filed this Motion To Proceed In Forma Pauperis. Michael Idrogo is unable to afford costs of the Petition For Writ Of Mandamus.

## PREGO ORATIO'NEM (PRAYER)

Plaintiff/Relator, in the interest of justice and as a matter of law, prays for granting of judgment in Plaintiff/Relator's favor and that Plaintiff/Relator have such other and further relief to which Plaintiff/Relator may show justly entitled.

Declared to the best of my belief, pursuant 1st/14th Amend.,Bill of Rights, U.S. Const., TX Const., laws enforcing, without prejudice U.C.C.　Filed on this date by mailbox.

Michael Idrogo, Plaintiff/Relator, deputized Federal Court 1989, Public Servant, State of Texas (candidate for Federal office);
Navy commander veteran of foreign wars
317 West Rosewood Avenue
San Antonio, Texas 78212
　　copy: Attorney General of the United States, Federal authorities, State authorities

-　AFFIRMATION –

STATE OF TEXAS
COUNTY OF BEXAR
I, petitioner, Michael Idrogo, do declared and affirm the above is correct to the best of my observation, recollection, & belief. Declared to the best of my belief, pursuant 1st/14th Amend., Bill of Rights, U.S.Const., TX Const., & laws enforcing, without prejudice U.C.C.

_____　_____
Date　　　　　　　Michael Idrogo, Plaintiff/Relator, Public Servant, State of Texas, (candidate for Federal office)

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 SEP 16　AM 11: 42
KEITH E. HOTTLE, CLERK

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 SEP 16  AM 11:42

Keith E. Hottle

KEITH E. HOTTLE, CLERK

7820530379S

CLERK
FORTH COURT OF APPEALS
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TX 78205-3037

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
14 SEP 2015 PM 2 L

Liberty
FOREVER